# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE YASUKOCHI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No.: 15cv1231-JLS-MDD<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

In its April 27, 2016 Order Granting Defendant's Motion to Dismiss, the Court dismissed both of plaintiff Dwayne Yasukochi's causes of action without prejudice. (Order, ECF No. 25.) In the text of the Order, the Court noted that failure to file an amended complaint within fourteen days "*may result in dismissal with prejudice of this action in its entirety.*" (*Id.* at 14 (emphasis original).) More than a month-and-a-half has passed, and Yasukochi has not filed an amended complaint. Accordingly, the Court hereby **DISMISSES WITH PREJUDICE** this action in its entirety. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 16, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge