

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE YASUKOCHI, on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br>V.<br><br>BANK OF AMERICA, N.A.,<br><br>**Defendant.** | Civil Action No.  15CV1231-JLS(MDD)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

In its April 27, 2016 Order Granting Defendant's Motion to Dismiss, the Court dismissed both of plaintiff Dwayne Yasukochi's causes of action without prejudice. (Order, ECF No. 25.) In the text of the Order, the Court noted that failure to file an amended complaint within fourteen days "may result in dismissal with prejudice of this action in its entirety." More than a month-and-a-half has passed, and Yasukochi has not filed an amended complaint. Accordingly, the Court hereby dismisses with prejudice this action in its entirety.

| | |
|---|---|
| **Date:**          6/16/16 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  K. Martin-Brown<br>                    K. Martin-Brown, Deputy |